UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                             CASE NUMBER: 16-00674

Judy Muriel Medlock

        Debtor
_____/

### Declaration Under Penalty Of Perjury Regarding Non-Filing Of Tax Returns

I Declare Under Penalty of perjury that:

I have not been required to file a Federal Income Tax Return in the last three years due to the amount or nature of my income.

Date: 3/2/16

X Judy Muriel Medlock
  Judy Muriel Medlock


Peter C. Blinn
1800 Southeast 17th St., Bldg. 400
Ocala, Florida 34471
(352) 351-3000
Attorney for Debtor
Florida Bar # 319619